```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ANDRE TERRANOVA,                                  :       19 Civ. 2948 (PGG) (RWL)
                                                  :
               Plaintiff,                           :       **ORDER**
                                                  :
      - against -                                :
                                                  :
MOYNIHAN STATION DEVELOPMENT                      :
CORPORATION et al.,                               :
                                                  :
               Defendants.                          :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defendants have requested discontinuance of this action as against AMTRAK and dismissal of the case for lack of subject matter jurisdiction. (Dkt. 20.) Plaintiffs have not responded. Accordingly, by May 1, 2020, Plaintiffs shall file a letter stating their position.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:       April 29, 2020
                New York, New York

Copies transmitted to all counsel of record.