UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE TERRANOVA,

                Plaintiff,

     v.

MOYNIHAN STATION DEVELOPMENT CORPORATION, EMPIRE STA TE DEVELOPMENT CORPORATION, CITY OF NEW YORK, METROPOLITAN TRANSIT AUTHORITY (CAPITAL CONSTRUCTION COMPANY), METROPOLITAN TRANSPORTATION AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, LONG ISLAND RAIL ROAD and NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK),

                Defendants.

**ORDER**

19 Civ. 2948 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On April 2, 2019, this action was removed to this District from Supreme Court of the State of New York, New York County. (Dkt. No. 1) On April 23, 2020, Defendants requested that this action be discontinued as to Defendant National Railroad Passenger Corporation (Amtrak), and remanded to state court for lack of subject matter jurisdiction. (Dkt. No. 20) In an April 30, 2020 letter, Plaintiff consents to Defendants' application. (Dkt. No. 22)

        Accordingly, it is hereby ORDERED that this action is dismissed as to Defendant National Railroad Passenger Corporation (Amtrak), and the case is remanded to Supreme Court of the State of New York, New York County.

The Clerk of Court is directed to close this case and to return the matter to the Clerk of the Supreme Court of the State of New York, New York County.

Dated: New York, New York
      May 1, 2020

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge